UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH WILLNER by his next friend MOSHE WILLNER, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>       - against -<br><br>ROBERT DOAR, as Commissioner of the New York City Human Resources Administration/Department of Social Services, ELDERPLAN, INC., NIRAV R. SHAH, M.D., as Commissioner of the New York State Department of Health, and ELIZABETH R. BERLIN, as Executive Deputy Commissioner of the New York State Office of Temporary and Disability Assistance,<br><br>                    Defendants. | **NOTICE OF MOTION TO DISMISS THE FIRST AMENDED CLASS-ACTION <u>COMPLAINT</u>**<br><br>12-cv-1955 (RRM)(RER)<br><br>(Case designated E.C.F.) |

       **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Roderick L. Arz,

dated February 22, 2013, and its exhibits, the accompanying Memorandum of Law in Support of

the State Defendants' Motion to Dismiss the First Amended Class-Action Complaint, dated

February 22, 2012, and all prior pleadings and proceedings herein, defendants NIRAV R. SHAH,

M.D., as Commissioner of the New York State Department of Health ("NYS DOH"), and

KRISTIN M. PROUD, as Acting Commissioner of the New York State Office of Temporary and

Disability Assistance ("NYS OTDA")[1] (collectively, "State Defendants"), will move this Court

before the Honorable Roslynn R. Mauskopf, United States District Judge, at the United States

District Courthouse for the Eastern District of New York located at 225 Cadman Plaza East,

Brooklyn, New York, at a date and time to be determined by the Court, for an order dismissing

---

[1] Kristin Proud as Acting Commissioner of NYS OTDA is the successor to Elizabeth Berlin as the Executive Deputy Commissioner, and is automatically substituted as a party.  Fed. R. Civ. P. 25(d).

the First Amended Class-Action Complaint, dated May 29, 2012, and all claims asserted therein,

in their entirety and with prejudice, together with such other and further relief as the Court deems

just and proper, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) on the grounds that the Court

lacks jurisdiction over the subject matter of plaintiff's claims and that plaintiff's claims fail to

state a claim upon which relief can be granted.

Dated: New York, New York
      February 22, 2013

                                    ERIC T. SCHNEIDERMAN
                                    Attorney General of the State of New York
                                    Attorney for the State Defendants

                                    By:

                                        /s/
                                    Roderick L. Arz
                                    Assistant Attorney General
                                    120 Broadway, 24th Floor
                                    New York, New York 10271
                                    Tel. (212) 416-8633

To:

Joseph P. Garland                           Eric Brent Porter
KORSINSKY & KLEIN, LLP           NEW YORK CITY LAW DEPARTMENT
Attorneys for Plaintiff               Attorneys for City Defendant
2926 Avenue L                           100 Church Street
Brooklyn, NY 11210                  New York, NY 10007
212-495-8133                             212-788-0743

Peter J. Biging
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
Attorneys for Defendant ElderPlan
77 Water Street
Suite 2100
New York, NY 10005
212-232-1300