UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH WILLNER by his next friend MOSHE
WILLNER, on behalf of himself and all others
similarly situated,

                JUDGMENT
                12-CV-1955 (RRM)(RER)

        Plaintiff,

  - against -

ROBERT DOAR, as Commissioner of the New
York City Human Resources
Administration/Department of Social Services,
ELDERPLAN, INC., NIRAV R. SHAH, M.D., as
Commissioner of the New York State Department
of Health, and ELIZABETH R. BERLIN, as
Executive Deputy Commissioner of the New York
State Office of Temporary and Disability
Assistance,

        Defendants.
------------------------------------------------------------X

        A Memorandum and Order having been filed this day, granting defendants' motions to dismiss, dismissing the amended complaint, denying plaintiff's motion for leave to amend, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby

        **ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants, that plaintiff's amended complaint is dismissed, and that this case is closed.

Dated: Brooklyn, New York
       August 5, 2013

                                        *Roslynn R. Mauskopf*
                                        _____
                                        ROSLYNN R. MAUSKOPF
                                        United States District Judge